| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |
| ① | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** _Thomas Nicholson_

**PRISONER NO.:** _# Doc No: 1551316_

**PLACE OF CONFINEMENT:** _SWVRJA Duffield Po Box 367 Duffield VA 24244_

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 08 2017**

_THOMAS NICHOLSON_
<span style="font-size:smaller">Enter Full Name</span>        Plaintiff

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**VS.**

_SWVRJA Duffield Services_

**CIVIL ACTION NO.** 717CV00048

_DEPARTMENT OF Corrections Richmond VA_
<span style="font-size:smaller">Enter Full Name(s)</span>        Defendant(s) _Scott County Circuit Clerks Office 24244_

A.  Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes        ___X___ No

B.  If your answer to A is Yes, describe the action in the space below.

1.  Parties to the Action:        _N/A_ _____

_____

_____

2.  Court:        _N/A_ _____

3.  Docket No.:        _N/A_ _____

4.  Judge:        _____

5.  Disposition:        _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.  Have you filed any grievances regarding the facts of your complaint?

Yes ___✓___        No _____

1.  If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2.  If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.    Statement of Claim - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

DOC DEPARTMENT OF CORRECTIONS PO BOX 26963 RICHMOND VA 23261 WILL NOT CALCULATE MY TIME SHEET AND/OR MY RELEASE DATE SENDS GENERIC SHEETS STATEING AS SHOWING ON ECLOSED WITH MY PAPERWORK

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

CIRCUIT CLERKS OFFICE STATES THAT Its NOT THERE RESPONS-IBILITY AND THERE PASSED BACK ON RECORDS HERE IN RECORDS DEPT. WhoM STATES THERE NOT RESPONSIBIBITY

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

I Also HAVE TYPED NUMurious CORRESPONDANCES ASKING FOR EMPLOYMENT To PAY COURT COST AND FINES With No AVAIL without RELEASE DATE No JOB. IN WORK RELEASE AND/OR WORK FORCE

E.    State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.

I JUST NEED FOR Responsible PARTY(s) AFTER BEING HERE APPROX ___ To Allow RELIEF IN RECIEVENG MY TIME SHEET AND CALCULATED PROJECTED RELEASE DATE TO RECIEVE WORK AND PAY COURT COST AND FINES

SIGNED THIS ___i___ DAY OF ___30___, 20_17_.

_____Thomas O Nicholson_____
(Signature of Each Plaintiff)

VERIFICATION:

I, _Thomas O Nicholson_, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _1-30-17_    SIGNED: _Thomas o Nicholson_