IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS NICHOLSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:17cv00048 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| SWVRJA DUFFIELD SERVICES, *et al.*, | ) | United States District Judge |
| Defendant. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED

that this action is DISMISSED without prejudice and STRICKEN from the active docket of the

court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to

Mr. Nicholson at his last known address.

Entered: August 31, 2017.


*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge